Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

: Carl Lee Martin.

FILED
FEB 14 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia
### _____ Division

CARL LEE MARTIN

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

TYSINGER MOTOR COMPANY, INCORPORATED

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:22cv70
(to be filled in by the Clerk's Office)

Jury Trial: (check one)   ☒ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | CARL LEE MARTIN |
   | Street Address | 2085 LYNNHAVEN PARKWAY, SUITE 106-528 |
   | City and County | VIRGINIA BEACH |
   | State and Zip Code | VIRGINIA [23456] |
   | Telephone Number | 757-839-8157 |
   | E-mail Address | CARLMARTIN609@GMAIL.COM |

  B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

   Defendant No. 1
   Name         ~~GREGORY S. LARSEN~~ [um]

Job or Title *(if known)* REGISTERED AGENT
Street Address 3330 PACIFIC AVENUE, 303A
City and County VIRGINIA BEACH
State and Zip Code VIRGINIA [23451]
Telephone Number 757-547-5101
E-mail Address *(if known)* _____

Defendant No. 2
Name _____
Job or Title *(if known)* _____
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____
E-mail Address *(if known)* _____

Defendant No. 3
Name _____
Job or Title *(if known)* _____
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____
E-mail Address *(if known)* _____

Defendant No. 4
Name _____
Job or Title *(if known)* _____
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____
E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Constitution for the united states of America, circa 1791, 18 U.S.C. Section 1341, 18 U.S.C. Section 1001, 18 U.S.C. Section 1031 and UCC-1 Financing Statement, file number: 140066895, City of Portsmouth, Virginia.

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a.  If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.  If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a.  If the defendant is an individual
       The defendant, *(name)* ~~GREGORY S. LARSEN~~ [Com], is a citizen of the State of *(name)* VIRGINIA. Or is a citizen of *(foreign nation)* _____.

   b.  If the defendant is a corporation
       The defendant, *(name)* TYSINGER MOTOR COMPANY, is incorporated under the laws of the State of *(name)* VIRGINIA, and has its principal place of business in the State of *(name)* VIRGINIA. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On October 20, 2020, I purchased a car from TYSINGER MOTOR, INCORPORATED, an 2020 Audi S8, for $153,379.53, cash. After possessing the car for three days I was contacted by a wrecker indicating that the car was to be repossessed due to TYSINGER'S inability to get a bank to finance the vehicle. I then indicated that I did not finance the vehicle, where I was then told that the check presented for payment was bad, where I then indicated that I did not purchase the vehicle with a check, but a negotiable instrument. I then called Portsmouth Police, where they came out and after viewing my cash receipt, they informed the wrecker along with Mark L. Tysinger, Director, via telephone call, that the issue was civil and repossession could not be exercised. Three weeks after this exchange, the car in question was stolen by TYSINGER MOTOR COMPANY, INCORPORATED. After filing a police report in the City of Portsmouth, I was contacted by Audi, and according to their GPS services the car was located at TYSINGER MOTOR COMPANY, INCORPORATED, where it was stated that the police would escort me on the property of TYSINGER MOTOR COMPANY, INCORPORATED, to retrieve the car at the opening of business, the next day. On the next morning I called the non-emergency number for the Hampton Police Department and informed them of the instructions given to me concerning the car, where when the police arrived, I was arrested due to an alledged issue in another city, where as a result, I did not obtain the car. Since this exchange I have contacted Gregory Larsen, registered agent for TYSINGER MOTOR COMPANY, INCORPORATED, to settle the dispute with the car, where they have refused, and now I file this tort concerning. There is gross fraud being exercised by car dealerships, where the issue arrested for in Cheaspeake also concerned the purchase of a vehicle, years prior, where a conspiracy will be presented between parties, TYSINGER MOTOR COMPANY, INCORPORATED and PRIORITY HONDA OF CHESAPEAKE, associated with my unlawful arrest.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damages that have occurred are as follows: $153,379.53 times 3 equates to $460,138.59, price of the car. $400.00 a day rental car fee associated with the illegal possession of the car, times 2 years, times 3 equates to $876,000.00, $1,000.00 times 3, for valuables left in the car times 3 equates to $3,000.00, plus $20,000,000.00, in damages, for a total of $21,339,138.59.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: : February-~13,-~2022.

Signature of Plaintiff   [:Carl-Lee: Martin.][Copy-Right/Copy-Claimant.]
Printed Name of Plaintiff   CARL LEE MARTIN

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address